## Fryrear, Jr., etc. v. Kentucky & Indiana Terminal Railroad Co., Inc.

May 10, 1949.

Lawrence S. Grauman and Marvin Snyder for appellant.
Hubert T. Willis and Bullitt & Middleton for appellee.

OPINION OF THE COURT BY VAN SANT, COMMISSIONER
—Affirming.

This is a separate appeal, but a companion case, to Fryrear v. Kentucky & Indiana Terminal Railroad Company, Inc., 310 Ky. 250, 220 S. W. 2d 546 and Musick's Adm'r v. Kentucky & Indiana Terminal Railroad Company, Inc., 310 Ky. 259, 220 S. W. 2d 551; however it was not consolidated with either, although tried by the same jury on the same evidence. For the reasons recited in the opinion in the case first above cited, the judgment is affirmed.